JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ATIGHI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAYTHEON CO., a Delaware Corporation;<br>DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **CASE NO.:  CV07-5172 VBF (VBKx)**<br><br>ORDER RE: JOINT MOTION FOR DISMISSAL |

### ORDER ON JOINT MOTION FOR DISMISSAL

　　Having read the Joint Motion, and good cause appearing therefor, the Court GRANTS the Joint Motion and dismisses the above captioned action with prejudice as to defendant RAYTHEON CO., a Delaware Corporation.

　　This order dismisses this action in its entirety.

DATED: October 22, 2008　　　　　　　　　_/s/ Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　United States District Judge